710

## Commonwealth v. Gonzalez, Appellant.

Submitted September 21, 1971. *Frank DeMonsi* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Green, Appellant.

Submitted September 13, 1971. *William H. Radebaugh, Jr.,* for appellant; *Robert S. Gawthrop, III,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.